924

No. 954. ALAMANCE INDUSTRIES, INC., ET AL. *v.* TRIUMPH HOSIERY MILLS, INC., ET AL. C. A. 4th Cir. Certiorari denied. *Jay H. Topkis* for petitioners. *Thornton H. Brooks, John W. Malley* and *Carl G. Love* for respondents.

No. 973. NATIONAL BISCUIT Co. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *George R. Fearon* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Julius L. Sackman* for respondent.

No. 1010. PACIFIC MARITIME ASSOCIATION *v.* SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, PACIFIC DISTRICT, ET AL.; and

No. 1017. PACIFIC COAST MARINE FIREMEN, OILERS, WATERTENDERS and WIPERS ASSOCIATION ET AL. *v.* PACIFIC MARITIME ASSOCIATION ET AL. C. A. 9th Cir. Certiorari denied. *J. Paul St. Sure, Richard Ernst, Warner W. Gardner* and *Lawrence J. Latto* for Pacific Maritime Association. *Duane B. Beeson* for Pacific Coast Marine Firemen, Oilers, Watertenders and Wipers Association. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States in opposition. Reported below: 304 F. 2d 437.

No. 938. MORGANO *v.* PILLIOD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Anna R. Lavin* and *Richard E. Gorman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.